

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00014-CR

Clinton Lee **GAMBLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17360
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 27, 2019.

_____
Patricia O. Alvarez, Justice